

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00306-CR

CHRISTIAN ABEL VALERA, Appellant

§ On Appeal from

§ Criminal District Court No. 4

§ of Tarrant County (1602378R)

V.

§ February 11, 2021

§ Memorandum Opinion by Justice Kerr

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that both trial court's judgments on Count 1 and 2, as corrected by the trial court's judgment nunc pro tunc are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr